1  ANDRÉ BIROTTE JR.
   United States Attorney
2  CHRISTINE C. EWELL
   Assistant United States Attorney
3  Chief, Criminal Division
   STEVEN R. WELK
4  California Bar No. 149883
   Assistant United States Attorney
5  Chief, Asset Forfeiture Section
        Federal Courthouse, 14th Floor
6       312 North Spring Street
        Los Angeles, California 90012
7       Telephone: (213)894-6166
        Facsimile: (213)894-7177
8       E-Mail:   Steven.Welk@usdoj.gov

9  Attorneys for Plaintiff
   United States of America
10

11                  UNITED STATES DISTRICT COURT

12          FOR THE CENTRAL DISTRICT OF CALIFORNIA

13                      EASTERN DIVISION

14  UNITED STATES OF AMERICA,      )    ED CV 08-1365 DEW (OPx)
                                   )
15          Plaintiff,             )
                                   )
16          v.                     )    **CONSENT JUDGMENT**
                                   )
17  $10,044.00 IN U.S. CURRENCY; A )
    2003 HONDA MOTORCYCLE; A 2006  )
18  NISSAN TITAN TRUCK,            )
                                   )
19          Defendants.            )
    _____)
20                                 )
    MANUEL RODRIGUEZ,              )
21                                 )
            Claimant.              )
22  _____)

23      This action was filed on October 6, 2008.  Notice was given

24  and published in accordance with law.  Manuel Rodriguez

25  ("claimant") filed a statement identifying right or interest and

26  an answer on January 8, 2009, claiming all of the defendant

27  assets.  No other statements of interest or answers have been

28  filed, and the time for filing statements and answers has

1 | expired.  Plaintiff and claimant have reached an agreement that

2 | is dispositive of the action.  The parties hereby request that

3 | the Court enter this Consent Judgment of Forfeiture.

4 | **WHEREFORE, IT IS ORDERED, ADJUDGED AND DECREED:**

5 |     1.  This court has jurisdiction over the parties and the

6 | subject matter of this action.

7 |     2.  Notice of this action has been given in accordance with

8 | law.  All potential claimants to the defendants other than

9 | claimant Manuel Rodriguez are deemed to have admitted the

10 | allegations of the Complaint.  The allegations set out in the

11 | Complaint are sufficient to establish a basis for forfeiture.

12 |     3.  The United States of America shall have judgment as to

13 | the entirety of the defendant currency and the defendant 2003

14 | Honda Motorcycle, and no other person or entity shall have any

15 | right, title or interest therein.  The United States Marshals

16 | Service is ordered to dispose of said assets in accordance with

17 | law.

18 |     4.  The defendant 2006 Nissan Titan Truck shall be returned

19 | to claimant in care of his attorney, Jeffrey A. Van Wagenen, Jr.

20 |     5.  Claimant hereby releases the United States of America,

21 | its agencies, agents, and officers, including employees and

22 | agents of the Drug Enforcement Administration, as well as the

23 | agents, officers, and employees of the state and local law

24 | enforcement agencies involved in the seizure of the defendant

25 | assets, from any and all claims, actions or liabilities arising

26 | out of or related to this action, including, without limitation,

27 | any claim for attorneys' fees, costs or interest which may be

28 |

1 | asserted on behalf of the claimant, whether pursuant to 28 U.S.C.

2 | § 2465(b) or otherwise.

3 |     6.    The Court finds that there was reasonable cause for the

4 | seizure of the defendant assets and institution of these

5 | proceedings.  This judgment shall be construed as a certificate

6 | of reasonable cause pursuant to 28 U.S.C. § 2465.

7 | DATED: __March 22__, 2010

8 |

9 | _____
   | THE HONORABLE DONALD E. WALTER
   | UNITED STATES DISTRICT JUDGE

10 |

11 | **Approved as to form and content**:

12 | ANDRÉ BIROTTE JR.
   | United States Attorney

13 | CHRISTINE C. EWELL
   | Assistant United States Attorney

14 | Chief, Criminal Division

15 |

    |     /S/
    | _____
16 | STEVEN R. WELK
    | Assistant United States Attorney

17 | Chief, Asset Forfeiture Section

18 | Attorneys for Plaintiff
    | United States of America

19 |

20 | LAW OFFICES OF JEFFREY A. VAN WAGENEN, JR.

21 |

    |     /S/
    | _____
22 | JEFFREY A. VAN WAGENEN, JR.

23 | Attorney for Claimant
    | Manuel Rodriguez

24 |

25 |

26 |

27 |

28 |